# Notice Recipients

District/Off: 0315−1        User: admin        Date Created: 10/28/2020
Case: 20−10115−TPA        Form ID: 318        Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Compu−Link Corporation d/b/a Celink as servicer for Wilmington Savings Fund Society, FSB, as trustee of Finance of America Structured Securities Acquisition Trust 2018−HB1
                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
aty        Kristen D. Little        pabk@logs.com
aty        Michael John Clark        pabk@logs.com
                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Bruce E. Stanko        1049 Grace Street        Erie, PA 16505
tr        Joseph B. Spero        3213 West 26th Street        Erie, PA 16506
cr        PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
cr        Brian W. Jones        PMB 185        4960 Wm Flynn Highway        Ste 6        Allison Park, PA 15101
aty        John C. Melaragno, Esquire        502 W. 7th Street        Erie, PA 16502
aty        Joseph B. Spero        3213 West 26th Street        Erie, PA 16506
smg        Pennsylvania Dept. of Revenue        Department 280946        P.O. Box 280946        ATTN: BANKRUPTCY DIVISION        Harrisburg, PA 17128−0946
smg        Pennsylvania Department of Revenue        Bankruptcy Division        P.O. Box 280946        Harrisburg, PA 17128−0946
15199690        Absolute Credit Llc        175 Exchange Street−Suite 225        Bangor, ME 04401
15199692        American Profit Recovery        34505 W 12 Mile Rd Ste 3        Farmington Hills, MI 48331
15199691        American Profit Recovery        Attn: Bankruptcy        34505 W 12 Mile Road #333        Farmington Hills, MI 48331
15199687        Brian W. Jones        4960 William Flynn Hwy.        Ste. 6, PMB 185        Allison Park, PA 15101
15199688        Celink        PO Box 40724        Lansing, MI 48901−7924
15199694        Collection Service Center, Inc.        Attn: Bankruptcy        839 5th Ave.        New Kensington, PA 15068
15199693        Collection Service Center, Inc.        Pob 560        New Kensington, PA 15068
15199695        Credit Management Company        PO Box 16346        Pittsburgh, PA 15242−0346
15199689        Dobrich Electric & Services        1711 Chestnut Street        Erie, PA 16502
15199696        EmergyCare        1926 Peach Street        Erie, PA 16502−2872
15280261        Erie County Tax Claim Bureau        140 West Sixth Street        Room 110        Erie, PA 16501
15199698        Erie Federal Credit Union        3503 Peach St        Erie, PA 16508
15199697        Erie Federal Credit Union        Attn: Bankruptcy        3503 Peach Street        Erie, PA 16508
15199699        Erie Insurance Exchange        100 Erie Insurance Place        Erie, PA 16530
15199700        Erie Retinal Surgery, Inc.        300 State Street        Suite 201        Erie, PA 16507
15199701        Erie Water Works        340 West Bayfront Parkway        Erie, PA 16507−2004
15199702        First Federal Credit Control        Attn: Bankruptcy        24700 Chagrin Blvd, Ste 205        Cleveland, OH 44122
15199704        GMA Consultants Inc        PO Box 637282        Cincinnati, OH 45263
15199703        Glenbeigh Business Office        PO Box 74060        Cleveland, OH 44194−4060
15199705        Green Prosthetics and Orthotics        2241 Peninsula Drive        Erie, PA 16506−2954
15199706        Hertel and Brown Physical Therapy, PC        c/o Hertel and Brown P.T.        902 W. Erie Plaza Dr.        Erie, PA 16505
15199707        Millcreek Community Hospital        Att: Patient Accounting        5515 Peach Street        Erie, PA 16509−2683
15199708        Millcreek Paramedic Service        P.O. Box 9038        Erie, PA 16505−8038
15199709        N.A. Partners in Anesthesia − P.A.        68 S Service Rd #350        Melville, NY 11747
15199710        National Fuel        ATTN: Correspondence        1100 State Street        Erie, PA 16501
15199711        Penelec        76 S. Main Street        A−RPC        Akron, OH 44308−1890
15199712        Portfolio Recovery        Attn: Bankruptcy        120 Corporate Blvd        Norfold, VA 23502
15253118        Portfolio Recovery Associates, LLC        POB 12914        Norfolk VA 23541
15200193        Synchrony Bank        c/o of PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
15199713        Synchrony Bank/Pay Pal        Attn: Bankruptcy Department        P.O. Box 965061        Orlando, FL 32896−5061
15199714        The Receivable Management Services, LLC        PO Box 361348        Columbus, OH 43236
15199717        UPMC Hamot Surgery Center, LLC        200 State Street        Erie, PA 16507−1420
15199718        UPMC Health Services        PO Box 371472        Pittsburgh, PA 15250−7472
15199719        UPMC Physician Services        PO Box 371980        Pittsburgh, PA 15250−7980
15199715        United Collection Service, Inc.        106 Commerce St Ste 101        Lake Mary, FL 32746
15199716        United Collection Service, Inc.        Attn: Bankruptcy        Po Box 953638        Lake Mary, FL 32795
15199720        Verizon Pennsylvania        Bankruptcy Departement        500 Technology Drive, Suite 550        Weldon Spring, MO 63304
15199721        Wakefield and Associates, Inc.        7005 Middlebrook Pike        Knoxville, TN 37909
15199722        William D. Morosky, DMD        4045 West 12th Street        Erie, PA 16505

TOTAL: 47